```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 33292
   FRANK JOSEPH ROONEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-0492


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 09/08/2004 and was confirmed 10/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/15/2007.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
PHH MORTGAGE SERVICES    CURRENT MORTG         .00            .00           .00
ASPIRE                   UNSEC W/INTER     2783.58         294.43       2783.58
CAPITAL ONE BANK         UNSEC W/INTER     6861.58         699.05       6861.58
CAPITAL ONE BANK         UNSEC W/INTER     3367.40         343.10       3367.40
CAPITAL ONE BANK         UNSEC W/INTER     4308.50         448.21       4308.50
CCS                      UNSEC W/INTER  NOT FILED             .00           .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     8711.24         884.89       8711.24
FIRST NATIONAL CREDIT CA UNSEC W/INTER  NOT FILED             .00           .00
FIRST PREMIER BANK       UNSEC W/INTER  NOT FILED             .00           .00
GALERIA                  UNSEC W/INTER  NOT FILED             .00           .00
HOME PROTECTION PLAN     UNSEC W/INTER  NOT FILED             .00           .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     1426.15         145.53       1426.15
LEGACY VISA              UNSEC W/INTER  NOT FILED             .00           .00
RESURGENT ACQUISITION LL UNSEC W/INTER     1838.11         194.53       1838.11
THE FAMILY BUYERS CLUB   UNSEC W/INTER  NOT FILED             .00           .00
RESURGENT ACQUISITION LL UNSECURED             .00            .00           .00
PETER FRANCIS GERACI     DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN               TRUSTEE                                       2,221.49
DEBTOR REFUND            REFUND                                          924.11

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE            38,151.90

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                 29,296.56
    INTEREST                               3,009.74
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                       2,221.49

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 33292 FRANK JOSEPH ROONEY
```

```
DEBTOR REFUND                                                  924.11
                                       ---------------   ---------------
TOTALS                                       38,151.90         38,151.90
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                         /s/ Tom Vaughn
    Dated: 11/29/07                      _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE